1  Mark R. Vermeulen  [CSBN 115381]
   Law Office of Mark R. Vermeulen
2  755 Florida Street #4
   San Francisco, CA 94110.2044
3  Phone: 415.824.7533
   Fax: 415.824.4833
4  vermeulen@mindspring.com

5  Attorney for Defendant
   EDUARDO LACAYO
6

7

8                         UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                            SAN FRANCISCO DIVISION

11 | UNITED STATES OF AMERICA,      | No.  CR 16-0177 CRB
12 |     Plaintiff,                 | **STIPULATION AND [Proposed] ORDER TO CONTINUE HEARING AND TO EXCLUDE TIME**
13 |     v.                         |
14 | EDUARDO LACAYO,                | Date:  November 16, 2016
15 |     Defendant.                 | Time:  2:00 p.m.

16   This matter is set for further setting or plea on November 16, 2016.  The parties request that this
17 matter be continued to December 21, 2016 at 2:00 p.m. for an anticipated plea.  The parties continue to
18 make progress toward resolving the case but they will not be able to finalize their negotiations by
19 November 16.  The parties request that the Court exclude time between November 16, 2016 and
20 December 21, 2016 for effective preparation of defense counsel, taking into account the exercise of due
21 diligence, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).  The extension is not sought for
22 delay, and the parties agree the ends of justice served by granting the continuance outweigh the best
23 interests of the public and the defendant in a speedy trial.

24 Dated:  November 10, 2016                    Brian J. Stretch
                                                United States Attorney
25
                                                /S/
26                                              Laura Vartain Horn
                                                Assistant United States Attorney
27

28
                                             -1-
STIPULATION AND [Proposed] ORDER
CONTINUING HEARING AND EXCLUDING TIME

Dated:  November 10, 2016    /S/_____
Mark R. Vermeulen
Attorney for Defendant
EDUARDO LACAYO

## ORDER

IT IS HEREBY ORDERED that this matter is continued to December 21, 2016 at 2:00 p.m. for an anticipated plea.

IT IS FURTHER ORDERED that time between November 16, 2016 and December 21, 2016 is excluded pursuant to the Speedy Trial Act for effective preparation of defense counsel, taking into account the exercise of due diligence, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).  Based upon the parties' stipulation, the Court finds that the extension is not sought for delay, and the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated:  November  14 , 2016    _____
CHARLES R. BREYER
United States District Judge

-2-
STIPULATION AND [Proposed] ORDER
CONTINUING HEARING AND EXCLUDING TIME