Mark R. Vermeulen  [CSBN 115381]
Law Office of Mark R. Vermeulen
755 Florida Street #4
San Francisco, CA 94110.2044
Phone: 415.824.7533
Fax: 415.824.4833
vermeulen@mindspring.com

Attorney for Defendant
EDUARDO LACAYO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, Plaintiff, v. EDUARDO LACAYO, Defendant. | No. CR 16-0177 CRB <br><br> **STIPULATION AND ORDER TO CONTINUE HEARING AND TO EXCLUDE TIME** <br><br> Date: December 21, 2016 <br> Time: 2:00 p.m. |
|---|---|

    This matter is set for further setting or plea on December 21, 2016.  The parties request that this matter be continued to February 22, 2017 at 2:00 p.m. for an anticipated plea.  (The parties sought an earlier date but due to counsels' scheduling conflicts and trial schedules, combined with the dates of the Court's availability, they are unable to set a date earlier than February 22, 2017 that would enable them to complete their negotiations regarding the anticipated plea.)

    The parties have made significant progress toward resolving the case but they will not be able to finalize the terms of a plea agreement by December 21.  The parties request that the Court exclude time between December 21, 2016 and February 22, 2017 for effective preparation of defense counsel, taking into account the exercise of due diligence, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).  The extension is not sought for delay, and the parties agree the ends of justice served by granting the

/ / /

/ / /

-1-

STIPULATION AND ORDER
CONTINUING HEARING AND EXCLUDING TIME

-2-

1  continuance outweigh the best interests of the public and the defendant in a speedy trial.

2  Dated:  December 3, 2016                                Brian J. Stretch
                                                           United States Attorney

4                                                          /S/
                                                           Laura Vartain Horn
                                                           Assistant United States Attorney

6  Dated:  December 3, 2016                                /S/
                                                           Mark R. Vermeulen
7                                                          Attorney for Defendant
                                                           EDUARDO LACAYO

9                                         ORDER

10       IT IS HEREBY ORDERED that this matter is continued to February 22, 2017 at 2:00 p.m. for an

11  anticipated plea.

12       IT IS FURTHER ORDERED that the time between December 21, 2016 and February 22, 2017

13  is excluded pursuant to the Speedy Trial Act for effective preparation of defense counsel, taking into

14  account the exercise of due diligence, and pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).  Based

15  upon the parties' stipulation, the Court finds that the extension is not sought for delay and the ends of

16  justice served by granting the continuance outweigh the best interests of the public and the defendant in

17  a speedy trial.

18       IT IS SO ORDERED.

20  Dated:  December  5, 2016

                                                           CHARLES R. BREYER
21                                                         United States District Judge

STIPULATION AND ORDER
CONTINUING HEARING AND EXCLUDING TIME