ALEX G. TSE (CABN 152348)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

LAURA VARTAIN HORN (CABN 258485)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6831
Laura.Vartain@usdoj.gov

Attorneys for United States of America

FILED
OCT - 3 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 16-177 CRB |
| Plaintiff, | NOTICE OF DISMISSAL |
| v. | |
| EDUARDO LACAYO, | |
| Defendant. | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment against Eduardo Lacayo without prejudice.

DATED: 10/2/18

Respectfully submitted,

ALEX G. TSE
United States Attorney

STEPHANIE HINDS
Acting Chief, Criminal Division

NOTICE OF DISMISSAL
No. CR 16-177

v. 7/10/2018

Leave is granted to the government to dismiss the indictment against Eduardo Lacayo.

Date: October 3, 2018

HON. CHARLES R. BREYER
United States Senior District Judge

NOTICE OF DISMISSAL
No. CR 16-177

v. 7/10/2018